

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00403-CV

DAVID MUSICK & KAYLA MUSICK, Appellants

V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County
(Tr. Ct. No. 1048329)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellants, David Musick and Kayla Musick. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that appellants pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered August 18, 2015.

Judgment rendered by panel consisting of Chief Justices Radack and Justices Bland and Huddle.